# Notice of Appeal to
# United States Court of Appeals for the Third Circuit

U.S. District Court – Middle District of Pennsylvania (Harrisburg)

FULL CAPTION IN DISTRICT COURT:        Circuit Court Docket No._____

UNITED STATES OF AMERICA        District Court Docket No.  \_1:16-CR-00075\_

      v.        District Court Judge Yvette Kane

CHRISTOPHER MARK HEATH

      Notice is hereby given that _____Christopher Mark Heath_____ appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment; [ ] Order; [ ] Other (Specify) _____ entered in this action on \_\_October 19, 2017\_\_\_.

DATED:  November 1, 2017

| /s/ Ronald A. Krauss, Esquire | Meredith A. Taylor, Esquire |
|---|---|
| (Counsel for Appellant) | (Counsel for Appellee) |
| Attorney ID# PA47938 | United States Attorney's Office |
| Federal Public Defender's Office | 228 Walnut Street, Room 220 |
| 100 Chestnut Street, Suite 306 | Harrisburg, PA  17101 |
| Harrisburg, PA  17101 | Tel. No. 717-221-4482 |
| Tel. No. 717-782-2237 | Fax No. 717-221-2246 |
| Fax No. 717-782-3881 | *meredith.taylor@usdoj.gov* |
| *ronald_krauss@fd.org* | *Counsel for Appellee* |
| *Counsel for Appellant* | |
|     *Christopher Mark Heath* | |

## **CERTIFICATE OF SERVICE**

I, Ronald A. Krauss, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the **NOTICE OF APPEAL** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

Meredith A. Taylor, Esquire
United States Attorney's Office
228 Walnut Street, Room 220
Harrisburg, PA  17101
*meredith.taylor@usdoj.gov*

Christopher Mark Heath
Adams County Adult Correctional Complex
45 Major Bell Lane
Gettysburg, PA  17325

Date:  November 1, 2017         */s/ Ronald A. Krauss, Esquire*
                                (Counsel for Appellant)

                                Attorney ID# PA47938
                                Federal Public Defender's Office
                                100 Chestnut Street, Suite 306
                                Harrisburg, PA  17101
                                Tel. No. 717-782-2237
                                Fax No. 717-782-3881
                                *ronald_krauss@fd.org*
                                *Counsel for Appellant*
                                    *Christopher Mark Heath*